JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE ESPINOZA,<br><br>               Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 14-02109-PA (JEM)<br><br>J U D G M E N T |

    In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this matter DISMISSED with prejudice.

DATED: January 15, 2015

                                          PERCY ANDERSON
                               UNITED STATES DISTRICT JUDGE